# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-247
Lower Tribunal No. 2019-CF-001050

_____

HUGO LUJAMBIO CARABAJAL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Ramiro Mañalich, Judge.

January 30, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, SMITH and GANNAM, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Emily Ross-Booker, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED